UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,          :
              Plaintiff,       :
              v.                :
James V. McAvoy,                   :      COURT NO: 3:01CV1053 (GLG)
              Defendant,       :
              and              :
Mattatuck Museum
Payroll Department
144 West Main St.,                 :
Waterbury, CT 06702                :
              Garnishee.       :

FILED
Oct 30  4 07 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### ANSWER OF THE GARNISHEE

I, _____, BEING DULY SWORN DEPOSES AND SAYS:
  (affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of _____.
  state full name and address of business

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of the Garnishee's partnership

IF GARNISHEE IS A CORPORATION:

That he/she is the _The Mattatuck Historical Society, Inc_ of Garnishee, a
               (state official title)

corporation, organized under the laws of the State of _CT_

On _10-24_, 2003 Garnishee was served with the Writ of Garnishment.

For the pay period in effect on the date of service:

Yes    No

 X     ___     1.  Defendant was in my/our employ.

         2.  Pay period is ___ weekly, X bi-weekly,

             ___ semi-monthly, ___ monthly.

10/13/03     Enter the date present pay period began.

             (present means the pay period in which this

             order and notice of garnishment were

             served)

10/26/03     Enter date above pay period ends.

         3.  Enter amount of net wages.  Calculate below:

INCLUDES $48.96
OVERTIME

             (a) Gross Pay                    $ 1559.61

             (b) Federal income tax           $ 206.28

             (c) F.I.C.A income tax           $ 117.32

             (d) State income tax             $ 72.09

             Total of tax withholdings        $ 395.69

             Net Wages                        $ 1163.92  *
             (less total of b,c,d)

*Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the judgment debtor's net wages.

The Garnishee has the following objections, defenses or setoffs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's Claim:_____

_____

2

\*\* Check 1 and/or 2 if applicable\*\*

__✓__   1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>James V. McAvoy,</u> and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____   2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on __10/29/03__ at
(date)

__MATTATUCK MUSEUM 144 WEST MAIN ST WATERBURY, CT 06702__
(state street address, city, state and zip code)

or hand delivered to _____
(state actual address of where it was hand delivered)

on __10/29/03__
(date)

__[signature] Executive Director Mattatuck Museum__
(Affiant's signature)

Subscribed and sworn to before me this __29th__ day of __October__, 20__03__.

__[signature] Deborah Brown__
Notary Public

My Commission expires: _____

**DEBORAH BROWN**
*NOTARY PUBLIC*
**My Commission Expires May 31, 2004**

3