UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY -6 P 4: 09

DISTRICT C
NEW HAVEN, CO

United States of America,                    :

                    Plaintiff,               :

            v.                               :    CIVIL NO: 3:01CV1053 (GLG)

James V. McAvoy,                             :

                    Defendant.               :    May 5, 2004

## SATISFACTION OF JUDGMENT

The judgment in the above-captioned case has been paid in full, the Clerk of the United States District Court for the District of Connecticut is hereby authorized and empowered to satisfy and cancel said judgment of record.

                        RESPECTFULLY SUBMITTED,

                        KEVIN J. O'CONNOR
                        UNITED STATES ATTORNEY

                        CHRISTINE SCIARRINO
                        ASSISTANT UNITED STATES ATTORNEY
                        P. O. BOX 1824
                        NEW HAVEN, CT 06510
                        (203) 821-3700
                        FEDERAL NO. CT03393

## C E R T I F I C A T I O N

This is to certify that a copy of the within and foregoing Satisfaction of Judgment was mailed, postage prepaid, on May 5, 2004.

James V. McAvoy
35 Ridge Road
Bethlehem, CT   06751

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY

## *DEPARTMENT OF JUSTICE*

### CERTIFICATE OF RELEASE OF LIEN
IMPOSED UNDER
THE FEDERAL DEBT COLLECTION PROCEDURES ACT
UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF CONNECTICUT

United States Attorney's Office for
The District of Connecticut

Serial Number
2001Z00078

    I hereby certify that James V. McAvoy has satisfied the judgment enumerated below, together with all statutory additions; and that the lien for this judgment and statutory additions is hereby released. The proper officer in the office where the Notice of Lien or Judgment was filed on **October 26, 2001, at Book 223 and Page 145** is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

**NAME OF DEFENDANT**    James V. McAvoy

**RESIDENCE**    35 Ridge Road
Bethlehem, Connecticut 06751

**COURT IMPOSING JUDGMENT**    DISTRICT OF CONNECTICUT

**COURT NUMBER**    3:01CV1053 (GLG)

**AMOUNT OF JUDGMENT**    $5,395.40

**PLACE OF FILING**    Town Clerk
Town Hall
Bethlehem, CT 06751

    WITNESS my hand at New Haven, on this, the *5th* day of May, 2004.

CHRISTINE SCIARRINO
ASSISTANT U.S. ATTORNEY
U. S. ATTORNEY'S OFFICE
P. O. BOX 1824
NEW HAVEN, CT   06508
(203) 821-3700